# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Edward William Carubis,<br><br>*Defendant* | )<br>)  Case No. 3:20-mj-00154<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edward William Carubis ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about July 11, 2020, in the District of Oregon, EDWARD WILLIAM CARUBIS did forcibly assault Agent Victim 1, (AV1), Agent Victim 2 (AV2) and Agent Victim 3 (AV3), all federal officers, while said officers were engaged in the performance of their official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

Date: July 11, 2020

*Issuing officer's signature*

City and state: Portland, Oregon

Hon. JOLIE A. RUSSO, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ ; and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 7/11/2020
ARRESTED BY FPS

U.S. MARSHAL

*Arresting officer's signature*

BY _____

*Printed name and title*